CAUSE NO.   1:21-cv-03072-GPG

MELANIE A. BENNINGER

    Plaintiff,

v.

CHASE AUTO FINANCE

--AND--

JP MORGAN CHASE

--AND--

MARK MILLER SUBARU, INC

    Defendants.

IN THE U.S DISTRICT COURT

DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 DEC 15 PM 4:04
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

## NOTICE OF WITHDRAWAL

Pursuant to COLORADO RULES OF CIVIL PROCEDURE, Plaintiff hereby withdraws the Complaint that was filed on or around November 10th, 2021. Accordingly, Plaintiff respectfully requests that this Court disregard the allegations and claims contained in Plaintiff's Complaint.

Respectfully submitted,

*/s/ Melanie-Adrianna Benninger*
Melanie-Adrianna Benninger
Plaintiff, *in pro per*
357 McCaslin Boulevard #200
Louisville, Colorado
Telephone: N/A
Facsimile: N/A

## CERTIFICATE OF SERVICE

The above and foregoing document was served *via Facsimile* and *First Class Mail* on December 15, 2021 upon opposing counsel herein:

CHASE AUTO FINANCE

Care of 383 Madison Avenue, Manhattan

New York city, New York state 10017

--AND--

JP MORGAN CHASE

Care of 383 Madison Avenue, Manhattan

New York city, New York state 10017

--AND--

MARK MILLER SUBARU, INC

Care of 3535 S State Street

Salt Lake City, UT 84115

/s/ *Melanie-Adrianna Benninger*

Melanie-Adrianna Benninger