IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03072-GPG

MELANIE A. BENNINGER, *Melanie-Adrianna, house of Benninger, A.R.*,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
CT CORPORATION SYSTEM, and
MARK MILLER SUBARU, INC.,

    Defendants.

## ORDER DISMISSING CASE

    This matter is before the Court on Plaintiff's "Notice of Withdrawal" (ECF No. 5), which the Court construes as a notice of voluntary dismissal, because the notice states that Plaintiff "withdraws the Complaint that was filed" and "requests that this Court disregard the allegations and claims contained in Plaintiff's Complaint." (*Id.* at 1). Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants have not filed an answer or a motion for summary judgment. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the action is DISMISSED WITHOUT PREJUDICE as of December 15, 2021, pursuant to Plaintiff's "Notice of Withdrawal" (ECF No. 5), which the Court construes as a notice of voluntary dismissal. It is

FURTHER ORDERED that all pending motions are DENIED AS MOOT.

DATED at Denver, Colorado, this   20th   day of    December    , 2021.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court